UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| THOMAS P. POWERS,<br><br>   Plaintiff,<br><br> v.<br><br>COIL TRAN, LLC d/b/a Hobart Electronics, LLC, an Indiana limited liability company, CBR MANAGEMENT SERVICES, INC. d/b/a Creative Business Resources, an Arizona corporation, NORATEL NORTH AMERICA, LLC f/k/a Noratel North America, Inc., a North Carolina limited liability company, and NORATEL CANADA, INC., an Ontario (Canada) business corporation,<br><br>   Defendants. | Case No. 2:23-cv-00086-JVB-JEM |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and in accordance with the terms of their confidential settlement agreement, Defendants, Coil Tran, LLC d/b/a Hobart Electronics, CBR Management Services, Inc. d/b/a Creative Business Resources, Noratel North America, LLC f/k/a Noratel North America, Inc., and Noratel Canada, Inc. (collectively, "Defendants") and Plaintiff, Thomas P. Powers, hereby stipulate to the dismissal of this cause of action, including all claims therein, with prejudice, in its entirety. Each party is to bear its own costs and attorneys' fees.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| | |
| */s/ Paul Luka* | */s/ Ryan J. Sterling* |
| Paul Luka | Brian L. Mosby (#26096-29) |
| MENDOZA LAW, P.C. | Ryan J. Sterling (#34212-49) |
| 120 S. State Street, Suite 400 | LITTLER MENDELSON, P.C. |
| Chicago, IL 60603 | 111 Monument Circle, Suite 702 |

1

<div style="display: flex;">

Telephone: 219.200.2000
paul@mendozalaw.com

Telly Stefaneus
53 West Jackson Blvd., Ste. 1215
Chicago, Illinois 60604
(312) 675-0075
telly_stefaneas@me.com
Telephone: 312.971.7309

*Attorneys for the Plaintiff*

Indianapolis, IN  46204
Telephone: 317.287.3600
bmosby@littler.com
rsterling@littler.com

*Attorneys for the Defendants*

</div>

4926-0383-7982.1 / 114182.1001